IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MONSANTO COMPANY,

    Plaintiff,

VS.                                                                   No. 05-MC-01004

KEM L. RALPH, and
RALPH BROTHERS FARMS,

    Defendants/Judgment Debtor.

## ORDER OF REFERENCE

Judgment Debtor's Motion and Memorandum of Law to Quash Plaintiff's Deposition Notice of Kem Ralph are hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

                                         *James D. Todd*
                                       JAMES D. TODD
                                       UNITED STATES DISTRICT JUDGE

                                       8 November 2005
                                       DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-MC-01004 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.-17th floor
Ste. 1700
Memphis, TN 38103

Harold H. Davis
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT